UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>             Plaintiff,<br><br>    v.<br><br>JEFF SESSIONS,<br><br>             Defendant. | No. 2:17-cv-2608-TLN-EFB P<br><br><br>ORDER |

On December 20, 2019, this civil rights case was dismissed when the district judge adopted in full the October 9, 2019 findings and recommendations, which recommended dismissal of this action for failure to state a cognizable claim. ECF Nos. 19, 20. Judgment was duly entered. ECF No, 21.

On December 30, 2019, plaintiff filed a document styled "motion to object to the dismissal," stating that he "did not receive any notice that [he] had 14 days to reply" to the findings and recommendations. ECF No. 22. It seems plaintiff is requesting an extension of the 14-day objection period tied to the October 9, 2019 findings and recommendations. Because the objection period expired long ago and the findings and recommendations have already been adopted by the district judge, the court can no longer extend this deadline. Plaintiff's motion (ECF No. 22) is therefore denied.

/////

1

Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: February 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE